## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

DENISE A. McLAUGHLIN                             PLAINTIFF

v.                                               No. 61CI1:17-cv-256-A



CHARLES RICHARD ROBB
and JOHN DOES 1-10                                  DEFENDANTS

FILED MAR - 8 2021 REBECCA N. BOYD, CIRCUIT CLERK

### FINAL JUDGMENT BY VERDICT

In accordance with Miss. R. Civ. P. 58 and consistent with the jury verdict, returned in this action on March 2, 2021 [Doc. 129], the Court finds that the Plaintiff is entitled to judgment against the Defendant, Charles Richard Robb, in the amount of $285,750.00.

IT IS, THEREFORE, ORDERED that judgment is hereby entered in favor of the Plaintiff, Denise A. McLaughlin, and against the Defendant, Charles Richard Robb, in the amount of $285,750.00.

SO ORDERED, this the 8th day of March, 2021.

_____
CIRCUIT COURT JUDGE

SUBMITTED BY:

/s/ Chadwick M. Welch
Chadwick M. Welch (MSB No. 105588)
HEIDELBERG PATTERSON WELCH WRIGHT
*Attorney for Denise McLaughlin*

APPROVED AS TO FORM:

ENROLLED: 3-8-2021
BOOK: 78
PAGE: 269

_____
Charles Richard Robb
*Pro Se Defendant*



EXHIBIT A