___



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 6, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| CHARLES RICHARD ROBB, | CASE NO. 22-02410-JAW |
| DEBTOR. | CHAPTER 13 |
| DENISE A. MCLAUGHLIN | PLAINTIFF |
| VS. | ADV. PROC. NO. 23-00004-JAW |
| CHARLES RICHARD ROBB | DEFENDANT |

## ORDER RESETTING STATUS CONFERENCE

There came on this date a status conference (the "Status Conference") (Dkt. #10) in the above referenced adversary proceeding. The Court, having considered the facts herein, finds that the Status Conference on April 10, 2023, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Status Conference hereby is continued and reset for May 15, 2023, at 11:00 AM, in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom, 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693