_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 18, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    CHARLES RICHARD ROBB,                                   CASE NO. 22-02410-JAW

           DEBTOR.                                                                         CHAPTER 13

DENISE A. MCLAUGHLIN                                                  PLAINTIFF

VS.                                                                              ADV. PROC. NO. 23-00004-JAW

CHARLES RICHARD ROBB                                                DEFENDANT

**SCHEDULING ORDER**

      Pursuant to Federal Rule of Bankruptcy Procedure 7016, and in order to promote the efficient and expeditious disposition of the above-referenced adversary proceeding (the "Adversary"), the Court finds that a scheduling order should be entered.

      IT IS HEREBY ORDERED THAT:

      1.     An answer to the Complaint (Dkt. #1) shall be filed within fourteen (14) days of the date of this Scheduling Order.

      2.     Within fourteen (14) days after the filing of an answer, the parties shall either make their initial disclosures as required by Rule 7026(a)(1) of the Federal Rules of Bankruptcy Procedure or shall file a stipulation that reflects a waiver of their disclosure obligations.

3. All motions for joinder of parties or amendments to the pleadings shall be filed and served prior to the completion of fact discovery.

4. All fact discovery shall be completed no later than thirty (30) days from the date of the filing of an answer.

5. All experts shall be designated no later than fourteen (14) days after fact discovery is completed. The parties shall exchange expert reports no later than fourteen (14) days after experts are designated. All reports shall provide the information required by Federal Rule of Bankruptcy Procedure 7026(a)(2)(B). All expert discovery shall be completed no later than forty (40) days after experts are designated.

6. All dispositive motions, with the exception of evidentiary *in limine* motions, shall be filed and served no later than fourteen (14) days after expert discovery is completed.

7. Upon completion of discovery, and following the issuance of the Court's decision in regard to any dispositive motions, the Court shall schedule a status conference for the purpose of setting a deadline for the entry of a pretrial order and a date for the trial of the Adversary.

8. The parties shall file any request for mediation with the Court no later than thirty (30) days prior to the deadline for the entry of a pretrial order. If the request for mediation is granted, the Court may enter an order referring the Adversary to mediation and may reset it for trial, if necessary, in the event that mediation does not result in a settlement, dismissal, or other resolution of the Adversary.

9. The parties shall immediately notify the Court upon the settlement, dismissal, or other resolution of the Adversary and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Moreover, the parties shall immediately advise the Court, in writing, of any occurrence or circumstance which they believe may suggest or necessitate the adjournment or other modification of the trial setting.

10. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

##END OF ORDER##